# Complaint

Case: 5:11-cv-12784
Judge: O'Meara, John Corbett
MJ: Binder, Charles E.
Filed: 06-28-2011 At 10:42 AM
PRIS RICHARDS V USA (EB)

Theodore Levin U.S Courthouse
231 W. Lafayette Blvd.
Detroit, M.I, 48226

Plaintiff: The Richards Family Organization

( See Next Page For ;-
Notice of Address )

vs

Defendant: The United States

The Following Complaint brought Forth by ; The Richards Family Organization, is Against ; The United States

For Allegations That The United States, has Violated The human rights And Constitutional rights of All its members.

**Poor Quality Original**

# NOTICE OF ADDRESS

The Richards Family Organization, has no Official Place of Buisness.

Founder And Organizational Leader, Kyle Brandon Richards, whome is Currently incarcerated, represents The interest of The R.F.O.

Kyle Brandon Richards, Dons The Corporation De Facto, representing The interest of All members. This is Also Known As A Corporate legal individual.

All Correspondance, return mail, needs To be Addressed To:

Kyle B. Richards # 340573
Macomb County Jail
P.O Box 2308
Mt. Clemens, M.I, 48043

Online: www.Richardsianism.Net
www.Richardsianism.Biz

Statement Of Facts

The Richards Family Organization, is A Non-Official Corporation And Non-Profit Organization, with Over 5 members. The Richards Family Org. (R.F.O), was established in 2009, As A 'Political Unit' representing The interest of its members both Collective And individual.

The R.F.O excersises The right To lobby For its members Collective. Thus has initiated This Complaint on behalf of its Volunteer Members.

Members of The R.F.O, whome Are incarserated, have Tried To excersise Their right To denounce Their Citizenship.

Each Represented member Filed An; "Oath And Affirmation of Renunciation of U.S Citizenship", with The American Embassy.

However, Federal Law mandates That A Person must Appear in Person, in Front of The U.S Consulate, give A Verbal Statement, And Then Sign A Formal 'Oath And Affirmation' in Order To Formally Denounce his Citizenship.

Obviously members of The R.F.O, whome Are in prison or Jail, cannot meet The requirements To Formally excersise This right.

Individuals in poor Judicial Standing lack The Freedom To pursue This, Along with individuals in poor Financial Standing, who lack The Funds To Afford Transportation.

The Universal Decleration of humans Rights, U.D.H.R, Protects The right;

"Of All people To denounce Their Citizenship, or Change Their Nationality, without Obstruction, restriction, or retaliation From Any Government."

The Constitution of The United States Also preserves "The right of All Citizens To denounce Their nationality", And Forbids Slavery in All Forms.

Citizenship is not A Frivolous issue, but imposes A Substancial burden on Each Constituent. For A Person To be A Citizen, Subjects Them To Financial, legal, And moral Obligations, Such As Taxes, Civil duty, ect.

There is Absolutely no reason, Why A Prisoner Should not be Allowed To Voluntarily denounce his Citizenship.

The equal protection Clause States, A prisoner will Only be deprived of his rights, As much As Necessary For Saftey And Security of The institution. Obviously ones Citizenship Status has nothing To do with Security.

Relief Requested

The Richards Family Org. Asks For The Following relief:

1) The Revocation, To Revoke, The Citizenship, Of R.F.O member: Kyle Brandon Richards

2) To Ammend or To Creat Law, Allowing Prisoners An Available And Trustworthy Outlet To denounce / revoke Their Citizenship.

Kyle B. Richards   # 340573
Macomb County Jail
P.O. box 2308
Mt. Clemens, M.I, 48043

6-25-2011



# CIVIL COVER SHEET FOR PRISONER CASES

| | |
|---|---|
| Case No. 11-12784 | Judge: John Corbett O'Meara     Magistrate Judge: Charles E. Binder |

| Name of 1st Listed Plaintiff/Petitioner: | Name of 1st Listed Defendant/Respondent: |
|---|---|
| KYLE RICHARDS, ET AL | UNITED STATES |
| **Inmate Number:** 340573 | **Additional Information:** |
| **Plaintiff/Petitioner's Attorney and Address Information:** | |
| **Correctional Facility:**<br><br>MACOMB COUNTY JAIL<br>P O BOX 2308<br>MT. CLEMENS  MI  48043 | |

**BASIS OF JURISDICTION**
- ☐ 2 U.S. Government Defendant
- ☒ 3 Federal Question

**NATURE OF SUIT**
- ☐ 530 Habeas Corpus
- ☐ 540 Mandamus
- ☒ 550 Civil Rights
- ☐ 555 Prison Conditions

**ORIGIN**
- ☒ 1 Original Proceeding
- ☐ 5 Transferred from Another District Court
- ☐ Other:

**FEE STATUS**
- ☒ IFP *In Forma Pauperis*
- ☐ PD Paid

---

**PURSUANT TO LOCAL RULE 83.11**

1. Is this a case that has been previously dismissed?
   ☐ Yes     ☒ No
   ➢ If yes, give the following information:
   Court: _____
   Case No: _____
   Judge: _____

2. Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)
   ☐ Yes     ☒ No
   ➢ If yes, give the following information:
   Court: _____
   Case No: _____
   Judge: _____

MIED (Rev. 07/06)  Civil Cover Sheet for Prisoner Cases